UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:20CR109-07** |
| Plaintiff, | **JUDGE CHRISTOPHER A. BOYKO** |
| Vs. | |
| **HERMAN L. FLETCHER,** | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Defendant. | |

    The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Jonathan D. Greenberg, to a charge in the Superseding Indictment. The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied. THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg, approves the Plea Agreement, accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Superseding Indictment.

    The signed Plea Agreement shall be filed as of the date of this Order.

    IT IS SO ORDERED.

                                                s/ Christopher A. Boyko
                                               CHRISTOPHER A. BOYKO
                                               Senior United States District Judge

Dated: July 22, 2021